**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

---

| | |
|---|---|
| **RICARDO FERNANDO VAZQUEZ LOPEZ** | **CIVIL CASE NO. 26-1524 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **HERIBERTO TELLEZ, ET AL** | **MAGISTRATE JUDGE AYO** |

---

**MEMORANDUM RULING AND ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. Doc. 1) filed by Petitioner Ricardo Fernando Vazquez Lopez ("Vazquez"). At the time of filing, Vazquez was an immigration detainee at the Jackson Parish Correctional Center in Jonesboro, Louisiana. *See* R. Doc. 1 at 3. According to the declaration of Acting Assistant Field Office Director Justin Williams, Vazquez was granted voluntary departure to Mexico on July 10, 2026, and was removed on July 28, 2026. *See* R. Doc. 5-1 at 2.

An alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); *Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019); 28 U.S.C. § 2241.

Because Petitioner has been deported, **IT IS ORDERED** that the Petition (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** this 24th day of September, 2026.

Jerry Edwards, Jr.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**